Minute Order Form (rev. 12/90)

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

JS6

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| Case Number | 00 C 2470 | Date | May 31, 2001 |
| Case Title | Raul Esquival   v   Vlasic Farms | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [use listing in "MOTION" box above]
(2) ☐ Brief in support of motion due _____
(3) ☐ Answer brief to motion due _____ Reply to answer brief due _____
(4) ☐ Ruling/Hearing on _____ set for _____ at _____
(5) ✓ Status hearing ☑ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(6) ☐ Pretrial conf. ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(7) ☐ Trial ☐ Set for ☐ re-set for _____ at _____
(8) ☐ ☐ Bench Trial ☐ Jury Trial ☐ Hearing held and continued to _____ at _____
(9) ☐ This case is dismissed ☐ without ☐ with prejudice and without costs ☐ by agreement ☐ pursuant to
   ☐ FRCP 4(j) (failure to serve) ☐ General Rule 21 (want of prosecution) ☐ FRCP 41(a)(1) ☐ FRCP 41(a)(2)
(10) ✓ [Other docket entry]

This cause is dismissed without prejudice with leave to reinstate when the bankruptcy stay is lifted. Status hearing date of 6/28/01 is stricken.

(11) ☐ [For further detail see ☐ order on the reverse of ☐ order attached to the original minute order form.]

| | No notices required, advised in open court. | ED-7 FILED FOR DOCKETING 01 MAY 31 PM 12:39 | MAY 31 2001 | number of notices |
|---|---|---|---|---|
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | | date docketed |
| | Notified counsel by telephone. | | | Document # |
| ✓ | Docketing to mail notices. | | | docketing dpty. initials |
| | Mail AO 450 form. | | | 8 |
| | Copy to judge/magistrate Judge. | | | date mailed notice |
| | courtroom deputy's Initials | Date/time received in central Clerk's Office | | mailing dpty. initials |